## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

ILEANA DELGADO APONTE

DEBTOR

CASE NO. 21-02591/MCF

CHAPTER 13

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM GOVERNMENT
### SPECIAL BONUS

TO THE HONORABLE COURT:

**NOW COMES, ILEANA DELGADO APONTE,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On August 30, 2021, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§1301 et seq.

2. The Debtor has been employed for the last 19 years as an office worker with the "Centro Cardiovascular de Puerto Rico y El Caribe".

3. On November 16, 2022 the Debtor received the proceeds from a Puerto Rico Government "special bonus" in the total amount of $2,728.02. Attached is copy of pay-stub received by the Debtor as evidence of having received said bonus.

4. The Debtor respectfully submits to the Court that she needs to use these funds from the "special bonus" to pay for the following "reasonable and necessary" expense: purchase of a new dryer appliance (actual dryer is broken), a dining room set expenses and car mechanic repairs. Attached is copy of estimates/invoices for said expenses.

5. The Debtor will pay to the Trustee the unused portion or balance from said bonus in the sum of $88.71, to fund the confirmed Plan.

6. It is to be noted that the above stated extraordinary expenses are not considered in Debtor's scheduled budget. See: *Schedules I & J*, Docket No. 1.

7. The Debtor needs to use the funds from the Puerto Rico Government "special bonus" proceeds to pay for these "reasonable and necessary" expenses. Furthermore, the Debtor is living within a very "tight" budget which barely covers his living expenses and a confirmed Plan payment of $171.00.

8. Based on the above stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the Debtor to pay for the above mentioned "necessary and reasonable" expenses.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the Puerto Rico Government "special bonus" proceeds to pay for the above stated expenses, in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I **CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor to her address of record.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10th day of January 2023.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com



**Estado Libre Asociado de Puerto Rico**
**CENTRO CARDIOVASCULAR**
**DE PUERTO RICO Y DEL CARIBE**
**Dr. Ramón M. Suárez Calderón**

*Somos Todo Corazón*

PO Box 366528 | San Juan, PR | 00936-6528

---

DELGADO APONTE, ILEANA    Dept: 2232
HC-01 BOX 8470
GURABO, PR
007780000

Emp#: 01666    Job#: 1    Pay Ending Date: 11/16/2022    Deposit Date: 11/25/2022

| TIMESHEETS | Hours | Rate | Amount |
|---|---|---|---|
| Bonus | 0.00 | 0.00 | 2,954.00 |
|  | 0.00 |  | 2,954.00 |

| EARNINGS | Current | Y-T-D |
|---|---|---|
| >24 $ | 0.00 | 252.80 |
| Bonus | 2,954.00 | 4,054.00 |
| Christmas Bonus | 0.00 | 600.00 |
| Enfermedad (Authorized Sick) $ | 0.00 | 991.40 |
| Feriado (Holiday) $ | 0.00 | 1,219.42 |
| Feriado (Holiday) Worked Earnings | 0.00 | 674.15 |
| Incentivo Turno (Shift) | 0.00 | 1,908.00 |
| Proclama (Natural Emerg) $ | 0.00 | 23.13 |
| Salario Horas (Reg) $ | 0.00 | 18,638.12 |
| Sicktom (Sick Personal) $ | 0.00 | 588.23 |
| TRegVacaciones (Late to Work) $ | 0.00 | 19.82 |
| Vacaciones (vac taken) $ | 0.00 | 495.70 |
| Vacaciones Tomadas (Personal) $ | 0.00 | 1,070.70 |

| DEDUCTIONS | Current | Y-T-D |
|---|---|---|
| AEELA | 0.00 | 709.89 |
| Dental Employee Deduction | 0.00 | 200.68 |
| Employee Retiro Hibrido | 0.00 | 2,011.53 |
| Health Employee Deduction | 0.00 | 224.96 |
| Medicare Employee Deduction | 42.83 | 434.11 |
| Prest. Personal-Retiro | 0.00 | 111.22 |
| Puerto Rico Tax | 0.00 | 547.36 |
| Seguro Incapacidad Retiro | 0.00 | 59.18 |
| Social Security Employee Deduction | 183.15 | 1,856.02 |
| Union General | 0.00 | 192.00 |
|  | 225.98 | 6,346.95 |

| ACCRUALS | Current | Y-T-D |
|---|---|---|
| Sick Bank - Hours Balance | 0.00 | 212.45 |
| Vacation Bank - Net Days Balance | 0.00 | 14.36 |
| Vacation Bank - Net Hours Balance | 0.00 | 107.69 |

| TOTALS | Current | Y-T-D |
|---|---|---|
| Gross Pay | 2,954.00 | 30,535.47 |
| Net Earnings | 2,728.02 | 24,188.52 |



**Luis Villanueva**

**NIF/CIF** MECANICA HYDRAULICO, FUEL INJECTION, DIESEL, MONTA CARGAS, ENTRE OTROS

HC01box 8476 Gurabo PR 00778

Carr 181 Km 15.9 Sec Los Aponte Bo Santa Rita Gurabo PR 00778

9392582033

luis14075@gmail.com

**PRESUPUESTO**
COTISACION0006

**FECHA**
01/09/2023

**TOTAL**
USD 1541,17 $

---

**CLIENTE**

## Ileana Delgado Aponte

Vehiculo: TOYOTA COROLLA "01

Motor: 1.8(MFI)

Tabl: EEH 329

1 787-618-7717

| ARTÍCULO | TARIFA | CANT. | IMPUESTO | TOTAL |
|---|---|---|---|---|
| Rack pinions | 175,00 $ | 1 | 19,25 $ 11% | 175,00 $ |
| Terminal afuera izq | 22,98 $ | 1 | 2,53 $ 11% | 22,98 $ |
| Terminal afuera der | 24,97 $ | 1 | 2,75 $ 11% | 24,97 $ |
| Amortiguadores delanteros | 78,00 $ | 2 | 17,16 $ 11% | 156,00 $ |
| Base de amortiguador | 32,99 $ | 1 | 3,63 $ 11% | 32,99 $ |
| Goma de amortiguador centrar | 12,00 $ | 4 | 5,28 $ 11% | 48,00 $ |
| Link kit | 18,00 $ | 2 | 3,96 $ 11% | 36,00 $ |
| Bushing de barra estb | 12,00 $ | 1 | 1,32 $ 11% | 12,00 $ |
| Sportes de motor | 225,00 $ | 1 | 24,75 $ 11% | 225,00 $ |

¡Gracias!

Página 1 de 2

| ARTÍCULO | TARIFA | CANT. | IMPUESTO | TOTAL |
|---|---|---|---|---|
| Caja bolas del | 45,00 $ | 2 | 9,90 $ 11% | 90,00 $ |
| Buje delanteros | 35,00 $ | 2 | 7,70 $ 11% | 70,00 $ |
| Labor | 550,00 $ | 1 | | 550,00 $* |

\* Indica que el producto no es imponible

| | |
|---|---|
| **TOTAL PARCIAL** | 1442,94 $ |
| **IMPUESTO** | 98,23 $ |
| **TOTAL** | USD 1541,17 $ |

¡Gracias!

# Carrasquillo Discount, Inc.
Calle ÁNGEL C. MORALES, NUM. 4
APARTADO 826 · GURABO, P.R. 00778
TEL. (787) 737-3731

12/21/22
Factura No. 0141*

☐ FACTURA  ☐ COTIZACIÓN

VENDIDO A / SOLD TO: Ileana Delgado  (787) 212-1740
ENVIADO A / SHIPPED TO: (787) 205-4959
Bo Sta Rita Sector Aponte
Gurabo

| VENDEDOR/SALESMAN | L.A.B. F.O.B. | FECHA DE ENVIO | VIA |
|---|---|---|---|
| RD Venta | | | |

| CANTIDAD ORDENADA | NÚMERO Y DESCRIPCIÓN DE LA MERCANCÍA STOCK / DESCRIPTION | PRECIO DE UNIDAD UNIT PRICE | UNIDAD UNIT | CANTIDAD AMOUNT |
|---|---|---|---|---|
| 1 | Secadora gas | | | $539.00 |
|  | Frigidaire | TAX | | 61.99 |
|  | M- FLGR4120SW | | | $600.99 |
|  |  |  |  |  |
|  | 1 año garantía |  |  |  |
|  | pieza y servicio |  |  |  |
|  |  |  |  |  |
|  | 5 años garantía |  |  |  |
|  | motor |  |  |  |

ACEPTACIÓN DE COMPRA
FIRMA DEL COMPRADOR: Delg.b

RECIBIDO CONFORME
FIRMA DE QUIEN RECIBE: _____

LA MERCANCÍA VIAJA POR CUENTA Y RIESGO DEL COMPRADOR, SÍRVASE NO DEVOLVERNOS MERCANCÍA SIN NUESTRO PERMISO. NO SE ACEPTAN RECLAMACIONES SOBRE FACTURA PASADOS LOS (8) OCHO DÍAS DESPUÉS DE LA MISMA.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type : | SALE | | | Trs# : | 30487 | | |
| Date : | 2022-12-06 | | | Invoiced : | 00039446 | | |
| Time : | 12:17:52 to 12:18:51 | | | Term. : | 023-001 | | |
| Cashier : | 219 - Nicole | | | | | | |

| Code | Ref | Description | Vnd | Amount | WgM | Qty | Flag |
|---|---|---|---|---|---|---|---|
| 0000000036481 | | Dinning Gray 5pc WOWT3648GR | [804]Carmen Torres | $399.99 | | 1.00 | T12 |
| 0071105896158 | | IRocker Bocina Amplifield Portable M15 | | $44.99 | | 1.00 | T12 |
| 0000000000202 | | Salutaris Agua Fria 16.9oz | | $1.00 | | 1.00 | FS |
| | | Number entry 8980 | | $0.00 | | 1.00 | |
| | | ATH | | $497.15 | | 1.00 | |

| Summary | Amount | Qty |
|---|---|---|
| TOTAL SALES | $497.15 | 1.00 |
| Net Sales | $445.98 | 3.00 |
| Sales Non Taxable | $1.00 | 1.00 |
| Discountable Sales | $445.98 | 3.00 |
| Taxable 1 | $444.98 | 2.00 |
| Tax Municipal | $4.45 | |
| Taxable 2 | $444.98 | 2.00 |
| Tax Estatal | $46.72 | |
| Food stampable | $1.00 | 1.00 |
| Coupon able | $445.98 | 3.00 |
| ATH | $497.15 | 1.00 |
| Admissible spending | $445.98 | 3.00 |
| BALANCE | $0.00 | |