IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-02591-MCF |
|---|---|
| ILEANA DELGADO APONTE | |
| | CHAPTER 13 |
| DEBTOR(S) | |

**TRUSTEE'S POSITION AS TO**
<u>**Amended Motion Requesting Order Re:**</u>
<u>**Authorization To Use Funds From Government**</u>

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

On <u>February 02, 2023,</u> <u>Debtor</u> filed a/an <u>Amended Motion Requesting Order Re: Authorization To Use Funds From Government Special Bonus</u>. **(Docket no. <u>30</u>)**. The Trustee has **no opposition** to said request.

**WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 2/3/2023.

<u>/s/ ALEJANDRO OLIVERAS RIVERA</u>
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
LEGAL-MS