```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF PUERTO RICO
```

**IN RE:**

**ILEANA DELGADO APONTE**             **CASE NO. 21-02591-MCF**
                                                  **CHAPTER 13**

**DEBTOR(S)**

## TRUSTEE'S MOTION FOR ENTRY OF ORDER
## TO DEEM PLAN BASE AMENDED PURSUANT TO SECTION 1329(a)

TO THE HONORABLE COURT:

    **NOW COMES**, Osmarie Navarro Martínez, Standing Chapter 13 Trustee, who most respectfully, **ALLEGES**, **STATES** and **PRAYS**:

    1. The confirmed/approved plan dated November 10, 2021 (docket no. 22), has a proposed base of $10,260.00. The above-mentioned plan was confirmed/approved on December 6, 2021 (docket no. 24).

    2. Recently, the Debtor filed a Motion Requesting Order to Deem Amended the plan's Base to Increase the base amount to $10,760.00. (docket no. 30)

    3. Now, the Trustee received a new payment from Debtor's 2023 special government bonus in the amount of $500.00.

    4. It is hereby respectfully requested that the new additional payment of $500.00 already received by the Trustee be included as part of the plan's base and therefore, that the plan's base be deem amended to be $11,260.00.

5. The Chapter 13 Trustee has standing to request the modification of the confirmed plan (docket no. 22), pursuant to section 1329(a) of the Bankruptcy Code and Rule 3016-2 (f)(2)(A) of the Puerto Rico Local Bankruptcy Rules.

6. In light of the aforesaid, the Chapter 13 Trustee herewith submits a modification to the confirmed plan to increase the base of the plan to $11,260.00.

7. The other provisions included in the Plan dated November 10, 2021, remains in effect.

8. The plan meets all requirements of 11 USC §§1322(a), 1322(b), 1323(c) and 1325(a).

9. Debtors are not members of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE** the Trustee respectfully requests that this Honorable Court grant this motion and approved this motion to increase the base of the plan to **$11,260.00,** pursuant to 11 U.S.C. §1329.

### NOTICE

Within **twenty-one (21) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other

appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at <ustregion21.hr.ecf@usdoj.gov> and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non-CM/ECF participants: debtor(s) and all creditors and parties in interest at their mailing address of record.

**RESPECTFULLY SUBMITTED** at San Juan, Puerto Rico, this 2 day of February, 2024.

/s/Osmarie Navarro Martínez
**OSMARIE NAVARRO MARTINEZ**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
support@ch13sju.com
HBR-AC

| 21-02591-MCF | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADM. SISTEMA DE RETIRO<br>PO BOX 42003<br>SAN JUAN,, PR 00940-2203 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN,, PR 00936-6818 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 761<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | DTOP<br>PO BOX 41269<br>SAN JUAN,, PR 00940-1269 |
| EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| HOPITAL SAN FRANCISCO COLLECTION<br>CALLE JOSE DE DIEGO #371<br>RIO PIEDRAS, PR 00923 | ILEANA DELGADO APONTE<br>HC 01 BOX 8470<br>GURABO, PR 00778 |
| ISLAND PORTFOLIO SERVICES LLC<br>PO BOX 361110<br>SAN JUAN, PR 00936-1110 | ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF<br>PO BOX 361110<br>SAN JUAN, PR 00936 |

DATED: February 02, 2024

Page 1 of 2  - CASE NO 21-02591-MCF

/S/OLGA LOPEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

| 21-02591-MCF | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF<br>CHARLINE M JIMENEZ-ECHEVARRIA ESQ<br>PO BOX 191134<br>SAN JUAN, PR  00919-1134 | ISLAND PORTFOLIO SERVICES, LLC AS SERVICER O<br>P O BOX 361110<br>SAN JUAN PR 00936<br>ISLAND PORTFOLIO SERVICES,   00936 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | POPULAR AUTO LLC<br>CONSUMER BANKRUPTCY DEPARTMENT<br>VERONICA DURAN CASTILLO ESQ<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 |
| RODRIGUEZ FERNANDEZ LAW OFFICES, P.S.C.<br>LCDO. JOSE AGUILAR VELEZ<br>PO BOX 71418<br>SAN JUAN,, PR  00936-8518 | SOUTH CARIBBEAN FINANCIAL SERVICES<br>PO BOX 801209<br>COTO LAUREL,, PR  00780-1209 |
| ILEANA DELGADO APONTE<br>HC 01 BOX 8470<br>GURABO, PR  00778 | |

DATED:   February 02, 2024

/S/OLGA LOPEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 2 of 2      - CASE NO  21-02591-MCF

Department of Defense Manpower Data Center

Results as of : Feb-01-2024 11:26:01 AM

SCRA 5.18



## Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4289
Birth Date:
Last Name: DELGADO APONTE
First Name: ILEANA
Middle Name:
Status As Of: Feb-01-2024
Certificate ID: B35RFWPZVFG6HH9

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.